**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

IN THE MATTER OF:                                                                              CHAPTER 7

GLADYS BROWN                                                                              CASE NO. 05-06547-EE

**RULE 3011 LIST
OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS**

**COMES NOW**, **J. Stephen Smith**, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Ms. Gladys Brown | 429 Smith County Rd. 8-A-1<br>Taylorsville, MS 39168 | $840.48 |

1. That Check No. 101, in the amount of $840.48, was mailed to the Debtor on April 3, 2007 but has never been deposited.

2. That the Trustee has stopped payment on said check.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED:   September 6, 2007

                        Respectfully submitted,

                        J. STEPHEN SMITH
                        CHAPTER 7 TRUSTEE

                        /s/ Eileen N. Shaffer
                        EILEEN N. SHAFFER
                        Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

**CERTIFICATE OF SERVICE**

      I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

      Ms. Gladys Brown
      429 Smith County Road, 8-A-1
      Taylorsville, MS 39168

      United States Trustee
      100 West Capitol Street
      Suite 706
      Jackson, MS  39269-1602

      **SO CERTIFIED** this the __6th__ day of __September__, 2007.

      /s/ Eileen N. Shaffer
      EILEEN N. SHAFFER